

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00292-CV

IN THE INTEREST OF K.V., A CHILD

§ On Appeal from the 325th District Court

§ of Tarrant County (325-746262-24)

§ October 16, 2025

§ Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's termination order. It is ordered that the trial court's termination order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack